

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  O-6403                    WAS NEVER ISSUED OR

WAS WITHDRAWN.